# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0917
LT Case No. 2019-CA-007583

_____

TIMOTHY L. MALDEN,

    Appellant,

    v.

A CROWN ROOFING, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Timothy L. Malden, Jacksonville, pro se.

Jonathan B.B. Lucas and David H. Willis, of Willis · Lucas Law
Group, P.A., Jacksonville Beach, for Appellee.

April 2, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____